Case 2:03-cr-00043-WFN   Document 9   Filed 11/17/05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE DONALDO LOPEZ GUZMAN,

    Defendant.

CR-03-043-WFN

Order Dismissing the Superseding Indictment and Recalling the Arrest Warrant

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for the reason that defendant Jose Donaldo Lopez Guzman, who is a Canadian citizen, pleaded guilty to related and unrelated drug trafficking charges in the Supreme Court of British Columbia, Canada, and received a substantial prison sentence,

IT IS ORDERED that plaintiff United States of America's Motion to Dismiss the Superseding Indictment and to Recall the Arrest Warrant be, and hereby is, GRANTED and that all counts of Superseding Indictment No. CR-03-043-WFN be, and hereby are, DISMISSED WITH PREJUDICE against defendant Jose Donaldo Lopez Guzman and that the Warrant for the Arrest of defendant Jose Donaldo Lopez Guzman be, and hereby is, RECALLED.

DATED this   17th   day of November, 2005.

        s/ Wm. Fremming Nielsen
        Wm. Fremming Nielsen
        Senior United States District Judge

Presented by:

James A. McDevitt
United States Attorney

*s/ Thomas J. Hopkins*

Thomas J. Hopkins
Assistant U.S. Attorney

Order Dismissing the Superseding Indictment
GuzmanJoseDonaldo.OrderDismiss.wpd